```
1  BENJAMIN B. WAGNER
   United States Attorney
2  STANLEY A. BOONE
   Assistant U.S. Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, California 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
   Attorneys for the
6  United States of America
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO.: 1:11-CR-00091 AWI |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER CONTINUING HEARING REGARDING RESTITUTION |
| v. | ) |
| JOHN EDWARD TEICHROW | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Stanley A. Boone, Assistant United States Attorney for Plaintiff, and Eric V. Kersten, Attorney for Defendant JOHN EDWARD TEICHROW, that the hearing regarding

////
////
////
////
////
////

_____
Stipulation & Order Continuing Hearing on Restitution

restitution currently set for December 5, 2011, at 9:00 a.m. be continued to January 17, 2012, at 9:00 a.m.

Respectfully submitted,

Dated: December 1, 2011     BENJAMIN B. WAGNER
United States Attorney

By: /s/ Stanley A. Boone
STANLEY A. BOONE
Assistant U.S. Attorney

Dated: December 1, 2011     By: Eric V. Kersten
(as authorized on 12/01/11)
ERIC V. KERSTEN
Attorney for Defendant
JOHN EDWARD TEICHROW, JR.

**ORDER**

IT IS ORDERED that the hearing regarding restitution be continued from December 5, 2011, to January 17, 2011, at 9:00 a.m.

IT IS SO ORDERED.

Dated: December 1, 2011     _____
CHIEF UNITED STATES DISTRICT JUDGE