1  BENJAMIN B. WAGNER
   United States Attorney
2  STANLEY A. BOONE
   Assistant U.S. Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, California 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
   Attorneys for the
6  United States of America

7
                    IN THE UNITED STATES DISTRICT COURT
8
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10   UNITED STATES OF AMERICA,        )    CASE NO.: 1:11-CR-00091 AWI
                                      )
11                   Plaintiff,       )    STIPULATION AND ORDER
                                      )    CONTINUING HEARING REGARDING
12                                    )    RESTITUTION
                                      )
13             v.                     )
                                      )
14                                    )
                                      )
15   JOHN EDWARD TEICHROW             )
                                      )
16                   Defendant.       )
                                      )
17  _____  )

18

19        IT IS HEREBY STIPULATED by and between the parties hereto

20   through their respective counsel, Stanley A. Boone,  Assistant United

21   States Attorney for Plaintiff, and Eric V. Kersten, Attorney for

22   Defendant JOHN EDWARD TEICHROW, that the hearing regarding

23   ////

24   ////

25   ////

26   ////

27   ////

28   ////

_____
              Stipulation & [Proposed] Order Continuing Hearing on Restitution

restitution currently set for February 21, 2012, at 10:00 a.m. be

continued to April 16, 2012, at 10:00 a.m.

                                        Respectfully submitted,

Dated: February 14, 2012            BENJAMIN B. WAGNER
                                    United States Attorney


                                By: /s/ Stanley A. Boone
                                    STANLEY A. BOONE
                                    Assistant U.S. Attorney


Dated: February 14, 2012    By:     Eric V. Kersten
                                    (as authorized on 02/14/12)
                                    ERIC V. KERSTEN
                                    Attorney for Defendant
                                    JOHN EDWARD TEICHROW, JR.



                              **ORDER**

     IT IS ORDERED that the hearing regarding restitution be

continued from February 21, 2012, to April 16, 2012, at 10:00 a.m.

IT IS SO ORDERED.


Dated: _____ February 15, 2012 _____  _____
                                    CHIEF UNITED STATES DISTRICT JUDGE