```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  STANLEY A. BOONE
    Assistant U.S. Attorneys
 3  4401 Federal Building
    2500 Tulare Street
 4  Fresno, California  93721
    Telephone:  (559) 497-4000
 5  Facsimile:  (559) 497-4099
 6  Attorneys for the
     United States of America
 7
```

IN THE  UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 1:11-CR-00091 AWI |
| Plaintiff, | STIPULATION RE: RESTITUTION and ORDER |
| v. | |
| JOHN EDWARD TEICHROW, JR., | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Stanley A. Boone, Assistant United States Attorney, for Plaintiff and Eric Kersten, Assistant Federal Defender, for Defendant that no restitution should be imposed by the court in light of the Ninth Circuit decision of United States v. Kennedy, 643 F.3d 1251 (2011), and as a result of the government's subsequent notice to victims and/or their representatives to supplement any restitution amount consistent with the Kennedy decision.

1 IT IS FURTHER STIPULATED that an amended judgment be entered which reflects only that no restitution be imposed against this defendant and that all other terms as set forth in the judgment dated June 23, 2011, remain the same.

THE PARTIES FURTHER STIPULATE and waive the right to have this matter heard at a sentencing hearing.

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: 4/17/2012          By   /s/ Stanley A. Boone
                               STANLEY A. BOONE
                               Assistant U.S. Attorney


DATE: 4/18/2012           By   /s/ Eric Kersten
                               ERIC KERSTEN
                               Attorney for
                               JOHN EDWARD TEICHROW, JR.

**ORDER**

IT IS SO ORDERED.

Dated:   April 18, 2012
                                CHIEF UNITED STATES DISTRICT JUDGE